## WATERS *et al. v.* THE STATE.

LEWIS, J. 1. A failure to give in charge to the jury the law on the subject of impeachment of witnesses is not ground for a new trial, where no request for such charge has been made. *Smith* v. *Page*, 72 *Ga.* 539; *Cole* v. *Byrd*, 83 *Ga.* 207; *Lewis* v. *State*, 91 *Ga.* 168; *Skinner* v. *State*, 95 *Ga.* 127.

2. While the evidence in this case was conflicting, the jury believed the witnesses for the State; and the trial judge being satisfied with that finding, this court will not overrule his discretion in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued February 7, — Decided February 28, 1898.

Indictment for gaming. Before Judge Fite. Cobb superior court. November term, 1897.

*Mozley & Griffin*, for plaintiffs in error. *Thomas Hutcherson, solicitor-general*, by *Hoke Smith & H. C. Peeples*, contra.